UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM McCALL, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:08-CR-57 |
| | ) | (2:13-CV-22) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

For the reasons set forth in the accompanying Memorandum and Order, the court FINDS that the petitioner's conviction and sentencing were not in violation of the constitutional laws of the United States and, therefore, **DENIES** his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, (Doc. 93).

Further, the court FINDS that the petitioner has failed to make a "substantial showing of a denial of a constitutional right" and a certificate of appealability will be **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT